AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of the Virgin Islands

| | |
|---|---|
| United States of America<br>v.<br>Herns Sajous<br><br>Defendant(s) | Case No. 3:25-mj-31 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 2, 2024__ in the county of __St. Thomas and St. John__ in the _____ District of __the Virgin Islands__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C., Section 1325(a)(1) | Illegal Entry |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Damita V. Furlonge, HSI
Printed name and title

Sworn to before me and signed in my presence. via Microsoft Teams

Date: April 9, 2025

_____
Judge's signature

City and state: St. Thomas, U.S.V.I.

Emile A. Henderson III, U.S. Magistrate Judge
Printed name and title