## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA

v

Herns Sajous

CRIM No. 2025-mj-__81__

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Damita Furlonge, Special Agent with Homeland Security Investigations, being first duly sworn,

hereby depose and state as follows:

### INTRODUCTION

1.      I am a Special Agent with Homeland Security Investigations (HSI). As such, I am an

"investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7) in that I am

an officer of the United States who is empowered by law to conduct investigations and to make

arrests for federal felony offenses. As a HSI Special Agent, my duties include investigating alleged

violations of federal laws enforced by Immigration and Customs Enforcement (ICE), which

include, but are not limited to, the investigation and enforcement of Titles 8, 18, 19, 21, 31 and 46

of the United States Code.

2.      I have been employed as a Special Agent (SA) with HSI since July 2017. I am a graduate

of the Criminal Investigator Training Program and Homeland Security Investigations Special

Agent Training Academy. Prior to becoming a Special Agent, I was employed as a Customs & Border Protection (CBP) Officer with CBP Office of Field Operations since September of 2008.

3.      The statements contained in this affidavit are based upon my personal knowledge, as well as information provided to me by other law enforcement officials. All observations not personally made by me were relayed to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during this investigation.

4.      This affidavit contains information necessary to support Probable Cause for this complaint. This affidavit is not intended to include each, and every fact and matter observed by me or known to the United States Government.

5.      This affidavit is made solely for the limited purpose of setting forth probable cause to believe that Herns Sajous, a Haitian citizen, entered or attempted to enter the United States at any time or place other than as designated by immigration officers, in violation of Title·8, United States Code, §1325(a)(l) – Illegal Entry by alien into the United States.

### PROBABLE CAUSE

6.      On April 9, 2025, the Department of Homeland Security (DHS), Transportation Security Agency (TSA) Federal Air Marshals (FAMS) were conducting a security screening operation of all passengers at the Urman Victor Fredericks Marine Terminal in Red Hook, St. Thomas, USVI traveling to St. John, USVI on the ferry. Sajous presented a valid Employment Authorization Card issued by U.S. Citizenship and Immigration Services (USCIS) prior to boarding the ferry and was referred to Homeland Security Investigations (HSI) Special Agents (SAs) for further verification.

7.      Homeland Security Investigations (HSI) Special Agents were present during the encounter and conducted system checks of the name Herns Sajous, the provided date of birth, and alien

number. The checks showed that Sajous entered into the United States on January 02, 2024, in St. John, USVI.

8.      System checks confirmed validity of Sajous' Employment Authorization Card. System checks also confirmed that Sajous does not have any pending or approved applications with USCIS that would grant him status nor allow him to remain in the United States. System checks were negative for official crossings at any U.S. border to show lawful entry and negative for prior criminal history. Biometrics and biographical information confirmed that Sajous does not have any legal status in the United States.

9.      Sajous was read his *Miranda* Statement of Rights audibly in the Haitian Creole language in the presence of HSI Special Agents and declined to provide a statement.

## CONCLUSION

10.     Based on my training and the foregoing facts in this investigation, I respectfully submit to the court that sufficient probable cause exists to show that Herns Sajous entered or attempted to enter the United States at any time or place other than as designated by immigration officers in violation of Title 8, United States Code, §1325(a)(l).

Respectfully submitted,

Damita Furlonge
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this 9th day of April 2025. *via Microsoft Teams.*

Emile A. Henderson, III
United States Magistrate Judge
District Court of the Virgin Islands