IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HERNS SAJOUS,<br><br>Defendant. | INFORMATION<br><br>3:25-cr-00036<br><br>VIOLATION:<br>8 U.S.C. § 1325(a)(1) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*(Illegal Entry)*

On or about January 2, 2024, in the District of the Virgin Islands, defendant,

**HERNS SAJOUS,**

an alien, knowingly entered the United States at a time and place other than as designated by an immigration officer.

All in violation of Title 8, United States Code, Section 1325(a)(1).

ADAM F. SLEEPER
ACTING UNITED STATES ATTORNEY

Dated: May 7, 2025          By: *[signature]*
Kyle Payne, AUSA
5500 Veterans Drive, Suite 260
St. Thomas, VI 00802-6424
340-774-5757