**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                     **Plaintiff,**<br>    **v.**<br><br>**HERNS SAJOUS,**<br><br>                     **Defendant.** | **3:25-mj-36** |

**UNITED STATES' TRIAL BRIEF**

The United States of America, by and through Adam F. Sleeper, Acting United States Attorney for the District of the Virgin Islands, and the undersinged Assistant United States Attorney, hereby files its Trial Brief.

**I.**

**STATEMENT OF THE CASE**

**A. COMPLAINT and INFORMATION**

On April 9, 2025, a criminal complaint was filed charging the defendant, Herns Sajous, with illegal entry in violation 1325(a). An Information was filed on May 7, 2025, charging the same.

**B. TRIAL STATUS**

A bench trial is scheduled for Tuesday, July 2, 2025, at 1:00 p.m., before Magistrate Judge Henderson. The United States' case-in-chief is expected to last no more than one day.

### C. STATUS OF COUNSEL

Sajous is represented by appointed counsel, Christopher Opiel.

### D. CUSTODY STATUS

The defendant is not in custody.

### E. INTERPRETER

The United States will not require an interpreter for any of its witnesses. The defendant will require a Hatian Creole interpreter.

### F. PRETRIAL MOTIONS AND MOTIONS IN LIMINE

The United States has not filed any motions in limine.

### G. STIPULATIONS

The United States has presented a stipulation to identity which is expected to be entered into considering the defendant's notice filed June 23, 2025, that his appearance at trial is being waived.

### H. DISCOVERY

The United States has complied, and will continue to comply, with its discovery obligations. Defendant has produced no reciprocal discovery.

## II

## STATEMENT OF FACTS

On April 9, 2025, Homeland Security Investigations (HSI) and the Transportation Security Agency (TSA) were conducting security screenings of passengers boarding the ferry to St. John, USVI at the Urman Victor Fredericks Marine Terminal in Red Hook, St. Thomas, USVI. The defendant was encountered and selected for inspection. During inspection, the defendant provided HSI agents with an Employment Authorization card issues to non-United States citizens, and a

Virgin Islands Learner's Permit. He was unable to present any documentation allowing for his legal presence in the United States. A systems check performed by HSI agents revealed that the defendant entered the United States on January 2, 2024, through St. John, USVI. The systems check showed that the defendant was a citizen of Haiti, and that on January 7, 2024, he applied for asylum, but has not been approved. It was further discovered that the defendant applied for temporary protective status on August 18, 2024, which also remains pending. The defendant was not in possession, nor did system checks reveal documents that allowed for the defendant to be legally present in the United States. There were no official or lawful crossings at any U.S. border to show lawful entry into the United States.

## III

## PERTINENT LAW AND LEGAL ISSUES

### A.     8 U.S.C. § 1325(a)(1)(A)(i) – Illegal Entry

The elements are:

1. First, that the defendant was an alien;
2. Second that the defendant knowingly entered the United States; and
3. Third, that the entry was made at a time and place other than as designated by an immigration officer.

5th Circuit Jury Instruction, 2.02A, Illegal Entry; *see also United States v. Potter*, 3:20-cr-07 (D.V.I. May 27, 2021), ECF No. 87, Jury Instructions at 15.

## IV

## WITNESSES

The United States reserves the right to change the order of, substitute, or add or omit one or more witnesses. The United States expects to call the following witnesses during its case-in-chief:

    1.       HSI SA Damita Furlonge

    2.       HSI SA Chris Lobdell

    3.       TSA official

    4.       Jody Luntsford, United States Citizenship and Immigration Services

## V

## EXHIBIT LIST

An exhibit list was filed on June 25, 2025. The United States anticipates offering the following exhibits at trial, all of which have been produced or otherwise made available to counsel. The United States reserves the right to add, delete, or amend its exhibit list.

    1.       Audio video recording of interview

    2.       Photo of Employment Authorization card

    3.       Photo of Passport

    4.       Photo VI Learner's Permit

    5.       Photo of Social Security Card

    6.       Immigration Documents

Dated: June 25, 2025

                                              Respectfully submitted,

                                              ADAM F. SLEEPER
                                              ACTING U.S. ATTORNEY

                                By:    s/ *Kyle R. Payne*
                                              Kyle R. Payne
                                              ASSISTANT U.S. ATTORNEY