IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA

      v.                    3:25-cr-36

HERNS SAJOUS,

  **Defendant.**

## STIPULATION

1. Hems Sajous is a citizen of Haiti

2. Hems Sajous's date of birth is February 18, 1974.

3. Hems Sajous is the defendant who was selected for inspection at the Red Hook ferry terminal, and arrested on April 9, 2025, in St. Thomas, USVI by Homeland Security Investigations.

AGREED:

_6-25-_
Date

                    Kyle Payne
                    Assistant United States Attorney


Date

                    Hems Sajous
                    Defendant


_6/26/25_
Date

                    **Christopher**
                    Counsel for Defendant

# Sajous Stipulation v.1

Final Audit Report						2025-06-26

| | |
|---|---|
| Created: | 2025-06-26 |
| By: | Chris Opiel (cropiel@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAEMgsc-HiPUR9r1QRuhbYJQNgcKljf0yg |

## "Sajous Stipulation v.1" History

- Document created by Chris Opiel (cropiel@gmail.com)
  2025-06-26 - 11:34:55 AM GMT- IP address: 199.77.134.85

- Document emailed to Herns Sajous (sajousernso80@gmail.com) for signature
  2025-06-26 - 11:34:59 AM GMT

- Email viewed by Herns Sajous (sajousernso80@gmail.com)
  2025-06-26 - 9:32:59 PM GMT- IP address: 66.249.83.34

- Document e-signed by Herns Sajous (sajousernso80@gmail.com)
  Signature Date: 2025-06-26 - 9:40:46 PM GMT - Time Source: server- IP address: 70.45.134.145

- Agreement completed.
  2025-06-26 - 9:40:46 PM GMT

Adobe Acrobat Sign