**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. THOMAS AND ST. JOHN**

**UNITED STATES OF AMERICA**

    **v.**                                                       **3:25-cr-00036-RAM-EAH**

**HERNS SAJOUS,**

        **Defendant.**

_____

**TO:**     Kyle Payne, Esq., AUSA
            Christopher Opiel, Esq.

### JUDGMENT OF ACQUITTAL

On July 2, 2025, Assistant United States Attorney Kyle Payne, representing the United States, and Attorney Christopher Opiel, representing Herns Sajous, who waived his appearance, came before the court for a bench trial on the charge of Illegal Entry into the United States, in violation of 8 U.S.C. § 1325(a)(1), alleged by an Information filed on May 7, 2025, Dkt. No. 12. For the reasons described in the accompanying Memorandum Opinion and Order, the Court found Mr. Sajous Not Guilty of the crime charged. *See* Dkt. No. 34.

Accordingly, it is hereby

**ORDERED** that Defendant Herns Sajous is **ACQUITTED** and discharged on the single Count of the Information filed on May 7, 2025; and it is further

**ORDERED** that Defendant Herns Sajous is **EXONERATED** from all pretrial obligations, conditions, and bonds ordered by the Court in connection with this case.

**SO ORDERED.**

ENTER:

Dated: July 25, 2025                                             /s/ Emile A. Henderson III
                                                                     EMILE A. HENDERSON III
                                                                       U.S. MAGISTRATE JUDGE